# Exhibit A

DIVISION OF CORPORATIONS



**Previous on List**   .   **Next on List**   .   **Return to List**

**Filing History**

| Fictitious Name Search |
| :--- |
| Submit |

---

# Fictitious Name Detail

## Fictitious Name

ADVENTHEALTH

## Filing Information

| | |
| :--- | :--- |
| **Registration Number** | G18000079226 |
| **Status** | ACTIVE |
| **Filed Date** | 07/23/2018 |
| **Expiration Date** | 12/31/2028 |
| **Current Owners** | 1 |
| **County** | MULTIPLE |
| **Total Pages** | 4 |
| **Events Filed** | 3 |
| **FEI/EIN Number** | 59-2170012 |

## Mailing Address

900 HOPE WAY
ALTAMONTE SPRINGS, FL 32714

## Owner Information

ADVENTIST HEALTH SYSTEM SUNBELT HEALTHCARE CORPORATION
900 HOPE WAY
ALTAMONTE SPRINGS, FL 32714
**FEI/EIN Number:** 59-2170012
**Document Number:** 760086

## Document Images

07/23/2018 -- Fictitious Name Filing          [ View image in PDF format ]

05/09/2025 -- CHANGE NAME/ADDRESS          [ View image in PDF format ]

05/09/2025 -- CHANGE NAME/ADDRESS          [ View image in PDF format ]

08/01/2023 -- Fictitious Name Renewal Filing    [ View image in PDF format ]

---

**Previous on List**   .   **Next on List**   .   **Return to List**

**Filing History**

| Fictitious Name Search |
| :--- |
| Submit |

Florida Department of State, Division of Corporations

Florida Department of State, Division of Corporations